United States Courts
Southern District of Texas
FILED

MAY 26 2026

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON _____ DIVISION

JELANI GARRETT

§
§
versus                                       §        CIVIL ACTION NO. _____
                                             §
US Department of Labor                       §
        and                                  §
DynCorp International                         §
                                             §

ORIGINAL COMPLAINT

Please see attachment for typed Original Complaint

This case arises from:

The U.S. Department of Labor
Benefits Review Board (BRB)
200 Constitution Ave. NW
Washington, DC 20210-0001

BRB Appeal No. 24-0244

Decision date- 31 March 2026
Decision date on reconsideration – 27 April 2026

1

## ORIGINAL COMPLAINT

1) This is an Appeal petition for review with the US. District Court for the Southern District of Texas in Houston. The Houston court has jurisdiction over this appeal in accordance the Benefits Review Board (BRB). The Dept of Labor, District Director for Longshore Division for this case is located in Houston, TX. Thus, this case falls in the Houston court's jurisdiction. The Defense Base Act is an extension of the Longshore and Harbor Workers' Compensation Act (LHWCA). Moreover, the Board's decision in this case, which arises in the United Stated Court of Appeals for the Fifth Circuit that requires appeals of the Board's Defense Base Act decisions be filed first with the appropriate United States District Court.

2) Plaintiff / Claimants appeal petition is entitled to review and relief from the District Court, as the Boards ruling supported by substantial evidence to deny benefits and deny total disability, **is not** in accordance with law. As the US District court states *"findings must be supported by substantial evidence **and in accordance with the law** Mendoza v. Marine Personnel Co., Inc., 46 F.3d 498, 500 (5th Cir. 1995) (quoting P & M Crane Co. v. Hayes, 930 F.2d 424, 428 (5th Cir. 1991)"*. Moreover, the Board erred as it **did not** address claimant's questions of law pertaining the case.

3) The relief claimant seeks is to **reverse** or **overturn** claimant's partial disability to total disability. **Reverse** and **Remand** for any errors in law to award benefits for claimant's neck and back, as well as reimbursement of travel cost for claimant's deployment related lung disease. For example, the BRB committed an **error in law** by not remanding the case to

1

the ALJ to follow APA requirements to address <u>contradicting medical evidence</u> within the initial record of claimant **not having** any pre-exiting condition before overseas employment began. The BRB also committed an **error in law** by not remanding for the ALJ to address cited evidence from the initial record of an aggravation of claimants alleged pre-exiting spinal condition. Moreover, the BRB **erred** permitting the ALJ to conflate evidence, relying on the false premise claimants shoulder surgeon treated and opined about claimant spine to aid denying the spinal injury. Thus, is a **procedural error.**

Furthermore, Claimant also seeks relief and review for the US District Court to answer claimant's **questions of law** to include the legality of opposing counsel, Mr. Richard Garelick, litigated the case, conducted depositions, and appeared before the ALJ while his **attorney license was suspended** and his **notice of appearance is absent** from the OALJ files, as it <u>was not</u> submitted. Also answer questions of law of Mr. Garelick **illegally** instructing, coercing, and deceiving claimant during deposition <u>to **set aside** doctor-</u> **impose medical restrictions** in order for claimant to say he was capable of working, just after claimant testified he was **<u>unable to work</u>** and was taking off work with medical restrictions by his doctor for a work-related shoulder surgery. As this is the substantial evidence the BRB used to deny total disability. Even though, this evidence <u>**is not**</u> **in accordance with law.** Accordingly, claimant seeks full review of his Appeal petition for the district court to rule on claimant's arguments in accordance with law.

Jelani Garrett<br>
10701 South I-H35<br>
APT 1125<br>
Austin, TX 78747<br>
Jelanig@gmail.com<br>
512-406-1075

2